Rachel E. Kaufman (CSB# 259353)
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>HEINSOHN INS AGENCY LLC, a Texas company,<br><br>*Defendant.* | Case No. 8:26-cv-01483-FWS-ADS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Bronstin hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal.

DATED this 8th day of October, 2026. Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman

KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*